**UNITED STATES of America,**
**Plaintiff–Appellant,**

v.

**Richard Lee HELLMAN,**
**Defendant–Appellee.**

**No. 09–50173.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 2, 2010.*

Filed Aug. 4, 2010.

Michael J. Raphael, Esquire, Nancy Spiegel, Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellant.

David E. Durchfort, Kosnett & Durchfort, Los Angeles, CA, for Defendant–Appellee.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Ronald M. Whyte, Senior United States District Judge for the Northern District of California, sitting by designation.

Before: KOZINSKI, Chief Judge, REINHARDT, Circuit Judge and WHYTE, District Judge.**

**MEMORANDUM**\*\*\*

The government failed to object below and hasn't shown a "reasonable probability that [Hellman] would have received a different sentence but for the district court's error." *United States v. Gonzalez–Zotelo,* 556 F.3d 736, 741 (9th Cir.2009).

**AFFIRMED.**

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.